LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
ONEGO SHIPPING & CHARTERING B.V.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ONEGO SHIPPING & CHARTERING B.V.,            ECF CASE

      Plaintiff,            08 Civ.      (   )

 - against -

GERMAN LINES LTD.,
ANNAKI CORP.,
PLANET NAVIGATION LTD.,
ATLANTIS MARITIME AS,
SEABRIDGE TRANSPORTATION LTD.,
DIANA SUDACOVA,
and MICHAEL I. MAILLIS,

      Defendants.
------------------------------------------------------------X

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Kirk M. Lyons, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for plaintiff ONEGO SHIPPING & CHARTERING B.V., certifies upon information and belief that said plaintiff is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of plaintiff which are otherwise publicly held in the United States.

Dated: June 26, 2008

                          LYONS & FLOOD, LLP
                          Attorneys for Plaintiff
                          ONEGO SHIPPING & CHARTERING B.V.

By: _____
     Kirk M. Lyons (KL-1568)
     65 West 36th Street, 7th Floor
     New York, New York 10018
     (212) 594-2400

U:\kmhldocs\2641004\Legal\Rule 7.1.doc