CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ONEGA SHIPPING & CHARTERING B.V.,

         Plaintiff,   :  08-CV-5733

     v.        :  **NOTICE OF APPEARANCE**

GERMAN LINES, LTD., ANNAKI CORP.,
PLANET NAVIGATION LTD., ATLANTIS
MARITIME AS, SEABRIDGE
TRANSPORTATION LTD., DIANA
SUDACOVA, and MICHAEL I. MAILLIS,

         Defendants.
-------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

  Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
   July 21, 2008

            CLARK, ATCHESON & REISERT
            Attorneys for Garnishee
            Societe Generale New York Branch

     By:  _____
        Richard J. Reisert (RR-7118)
        7800 River Road
        North Bergen, NJ 07047
        Tel: (201) 537-1200