CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ONEGA SHIPPING & CHARTERING B.V.,   :
   :
   :
                Plaintiff,   :     **08-CV-5733**
   :
            v.   :
   :
GERMAN LINES, LTD., ANNAKI CORP.,   :
PLANET NAVIGATION LTD., ATLANTIS   :
MARITIME AS, SEABRIDGE   :
TRANSPORTATION LTD., DIANA   :
SUDACOVA, and MICHAEL I. MAILLIS,   :
   :
            Defendants.   :
------------------------------------------------------------x

## REPORT OF GARNISHEE SOCIÉTÉ GÉNÉRALE NEW YORK BRANCH
## TO PLAINTIFF'S MARITIME ATTACHMENT AND GARNISHMENT

TO THE MARSHALL OF THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK:

        Pursuant to Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and

Maritime Claims of the Federal Rules of Civil Procedure and in response to a certain

Process of Maritime Attachment and Garnishment in the captioned matter dated June 26,

2008, and served upon Garnishee Societe Generale New York Branch on June 27, 2008,

and on various dates thereafter through the date of this report, Garnishee Societe

Generale New York Branch hereby states that on such dates of service, it was not

indebted to the defendant(s) and did not otherwise have in its possession any property, tangible or intangible, including funds, assets, cash, goods, chattels, credits, effects, debts owed by or owed to the defendant(s) or monies to be paid to discharge a debt owed to the defendant(s), including monies being electronically transferred by, to or for the benefit of the defendant(s).

Dated: North Bergen, New Jersey
   July 21, 2008

CLARK, ATCHESON & REISERT
Attorneys for Garnishee
Societe Generale New York Branch

By:                

         Richard J. Reisert (RR-7918)
         7800 River Road
         North Bergen, NJ  07047
         Tel: (201) 537-1200
         Fax: (201) 537-1201
         Email:  reisert@navlaw.com

TO:   CLERK OF THE COURT

    LYONS & FLOOD, LLP (Via Email)
    Attorneys for Plaintiff

## VERIFICATION

STATE OF NEW YORK     )
                         ) ss.:
COUNTY OF NEW YORK  )

       Patricia G. Corley, being duly sworn, deposes and says as follows:

       I am a Director and Counsel in the Litigation and Compliance Department of Societe Generale New York Branch. I have reviewed the foregoing Report of Garnishee Societe Generale New York Branch in response to Plaintiff's Maritime Attachment and Garnishment in docket no. 08-CV-5733 and know the contents thereof and that the same are true to the best of my own knowledge. I base this upon personal knowledge, review of Societe Generale New York Branch's files, and communications with relevant employees of the Bank.

                                            Patricia G. Corley

Sworn to before me on
July 22, 2008.

Notary Public

AGNES M. McLOUGHLIN
Notary Public, State of New York
No. 24-4761446
Qualified in Kings County
Commission Expires November 30, 20__