SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08

# LYONS & FLOOD, LLP
## ATTORNEYS AT LAW

65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NEW YORK 10018

TELEPHONE: (212) 594-2400
FAX: (212) 594-4589

AUG 2 ... 2008

KIRK M. LYONS
E-Mail: klyons@lyons-flood.com

ADMITTED IN NEW YORK,
CONNECTICUT, NEW JERSEY,
& MASSACHUSETTS

**MEMO ENDORSED**

*Conference adjourned to 12/5/08 @ 10:00 a.m.*

August 22, 2008

## BY TELEFAX

(212) 805-6326

*[signature] Colleen McMah 8/26/08*

Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 640
New York, NY 10007

Re:   Onego Shipping & Chartering B.V. v. German Lines Ltd., et al.
      08 Civ. 5733 (CM)
      Our file: 2641004

Dear Judge McMahon:

We are attorneys for plaintiff in this Rule B attachment action and we write to request an adjournment of the Rule 16 initial pretrial conference scheduled for October 3, 2008, at 11:15 a.m.

Plaintiff is a Netherlands based company which chartered a vessel to defendant German Lines Ltd., a United Kingdom based entity, who subsequently failed to pay approximately $4,090,229.34 in hire and other expenses due and owing under the charter party. As a result, plaintiff commenced this Rule B attachment action to obtain pre-judgment security on its claim for owed hire.

Plaintiff has been serving garnishees with the process of maritime attachment and garnishment since June 26, 2008, but has not yet obtained any security for its claims. Thus, to date, defendants have not appeared in this action, and plaintiff has not provided any notice of the action to defendants.

NEW JERSEY OFFICE:
1405 MORRIS AVENUE
UNION, NJ 07083
TEL: (201) 569-4435   FAX: (201) 569-4438

CONNECTICUT OFFICE:
19 COVENTRY LANE
RIVERSIDE, CT 06878
TEL: (203) 661-2133   FAX: (203) 661-2877

In light of the fact that defendants have not made an appearance in this matter, plaintiff respectfully submits that there is no reason to hold an initial pretrial conference in this matter at this time.

In the circumstance, we respectfully request the presently scheduled conference be adjourned for sixty (60) days.

We thank you for your attention to this matter.

Respectfully yours,

Lyons & Flood, LLP

By:  _Kirk M. Lyons_

Kirk M. Lyons

U:\kmhfiles\2841004\Correspondence\McMahon 01 ltr.doc

- 2 -